

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:    J Frederick Welling & 57 Memorial Apartments LP v. Harris County
                        Appraisal District & Appraisal Review Board of Harris County
                        Appraisal District

Appellate case number:  01-11-00874-CV

Trial court case number:  2010-68163

Trial court:            190th District Court of Harris County, Texas

On November 20, 2012, this Court abated this appeal, remanded the case to the trial court for entry of additional findings of fact and conclusions of law, and requested the written findings and conclusions of the trial court be included in a supplemental clerk's record. A supplemental clerk's record complying with our Order of Abatement was filed in the above-captioned appeal on January 30, 2013. Therefore, we order the appeal **reinstated**.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                    ☑ Acting individually    ☐ Acting for the Court

Date: February 4, 2013